IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:06CV10-03-MU

KENNETH EDWARD FRANKS,               )
                                     )
        Plaintiff,                   )
                                     )
        v.                           )        **O R D E R**
                                     )
JAMES DOWNS, RONALD K. PAYNE,        )
ZORO J. GUICE, MARILYN MCDAVIS       )
SORRELLS, ANN MELTON,                )
ANNA JANE CARSON, MIKE HOLLAND)
                                     )
        Defendants.                  )
_____)

**THIS MATTER** comes before the Court on initial review of Plaintiff's Complaint under 42 U.S.C. § 1983, filed May 1, 2006. (Document No. 1.)

Plaintiff's § 1983 Complaint challenges his confinement as illegal. Plaintiff alleges that was "suppossed [sic] to have been free in court to begin with because of some charge's [sic] and or charge that had been illegally entered against [him]." (Complaint at 3.)

A case filed under 42 U.S.C. § 1983 requires a deprivation of a right secured by the Constitution by a person acting under color of state law. Plaintiff's Complaint does not state a cognizable cause of action under 42 U.S.C. § 1983. Instead, based on the nature of Plaintiff's Complaint, this Court concludes that Plaintiff is attempting to file a habeas petition collaterally attacking his state court conviction. State prisoners challenging their confinement ordinarily proceed under 28 U.S.C. § 2254.[1] Therefore, this Court will dismiss this action as the Complaint fails to state

---

[1] Cases filed pursuant to § 2254 are subject to a one year limitations period and require exhaustion of state remedies prior to filing in federal court.

claim for relief pursuant to § 1983.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Complaint is Dismissed for failure to state a claim for relief;

**SO ORDERED**.

Signed: May 2, 2006

Graham C. Mullen
United States District Judge